JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEREK ANTHONY LOUD,<br><br>    Petitioner,<br><br>v.<br><br>DERRAL G. ADAMS, Warden,<br><br>    Respondent. | Case No. CV 08-08591 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

DATED: January 12, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 1 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY